# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFERY. FLOYD,

    Petitioner,

v.

LOUIS FOLINO, et al,

    Respondents.

CIVIL ACTION

No. 08-5618

June 14, 2010                  Pollak, J.

## **ORDER**

**AND NOW**, this 14th day of June, 2010, upon consideration of petitioner's Habeas Corpus Petition (Docket No. 1), respondents' Answer (Docket No. 7), petitioner's Reply (Docket No. 8), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Docket No. 9), petitioner's Objections to Report and Recommendation (Docket No. 11), and the record herein, and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**; and

3. A Certificate of Appealability is **NOT GRANTED.**

                                                        BY THE COURT

                                                        /s/ Louis H. Pollak
                                                        Pollak, J.